(Del. Rev.12/98)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY 27 PM 3: 40

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

__Demetrias Faulkner__
(Name of Plaintiff or Plaintiffs)

v.                                         CIVIL ACTION NO. __05-342__

__MBNA America__
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to __Equal Pay Act - Civil Right Acts__
   (Federal statute on which action is based)
   for discrimination related to __Equal Pay Act__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   __N/A__.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __260 Christiana Road K15__
   (Street Address)
   __New Castle__  __  __  __DE__  __19720__
   (City)     (County)     (State)    (Zip Code)
   __302-221-0749__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __110 King Street__
   (Street Address)
   __Wilmington__  __Wilmington__  __DE__  __19884__
   (City)     (County)     (State)    (Zip Code)

4. The alleged discriminatory acts occurred on __07__, __06__, __2004__.
   (Day)   (Month)   (Year)

5. The alleged discriminatory practice  ☑ is   ☐ is not  continuing.

6. Plaintiff(s) filed charges with the _Equal Employment opportunity_
   (Agency)
   _21 South 5th Street_  _Philadelphia_  _PA_  _19106_
   (Street Address)   (City)   (County)   (State) (Zip)

   regarding defendant(s) alleged discriminatory conduct on: _06/07/2004_
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☑   No ☐
   If yes, to whom was the appeal taken? _Charles Brown_

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   I am a equally qualified individual (Female) over the 40 years old - my co-worker is under the age of 40 and is (male) -- who has been unable to perform the standard level that is required by the department and because of this I was not able to receive a yearly raise - but my co-work

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☑ Plaintiff's race
    B. ☑ Plaintiff's color
    C. ☑ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin

Over

Co-worker Not only received a raise but also received a promotion to a higher level.

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

I request retroactive pay from the time my co-worker received his promotion and pay increase. The quarterly bonuses I did not receive because of low proformance merit raises for over the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/27/05

Demetrius Faulkner
(Signature of Plaintiff)

EEOC Form 161 (3/98)        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Demetrias Faulkner<br>223 Bassett Avenue<br>New Castle, DE 19720 | From: | Philadelphia District Office<br>21 South 5th Street<br>Suite 400<br>Philadelphia, PA 19106 |
|---|---|---|---|

[ ]  On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2004-00366 | Charles Brown, III,<br>State & Local Coordinator | (215) 440-2842 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

                                 On behalf of the Commission

                  /s/ Marie M. Tomasso                              February 28, 2005
_____          _____
                    Marie M. Tomasso,                                (Date Mailed)
                    District Director

Enclosure(s)

cc: MBNA AMERICA BANK, N.A.
    ATTN: PAMELA LYMAN
    LEGAL DEPT
    1100 N. KING ST.
    WILMINGTON, DE  19884

Enclosure with EEOC
Form 161 (3/98)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

April 30, 2004

Ms. Demetrias Faulkner
223 Bassett Avenue
New Castle, DE 19720

RE:   Faulkner v. MBNA America Bank, N.A.
      Case No. 04030373/17CA400366
      Notice of Dismissal

Dear Mr. Faulkner:

The Department of Labor has dismissed the above-referenced Charge of Discrimination filed under state law. Enclosed please find a copy of the Notice of Dismissal.

☐   *To Charging Party only: Since the Charge of Discrimination was also filed under federal law, which is enforced by the Equal Employment Opportunity Commission (EEOC), you have the right to request the EEOC to review this action.* **To secure a review, you must request the review in writing, within 15 days of your receipt of this letter.** *The request should be sent to the Equal Employment Opportunity Commission, The Bourse-Suite 400, 21 S. Fifth Street, Philadelphia, PA 19106-2515. Otherwise, the EEOC will generally adopt our finding in the case. You will be notified of EEOC's decision when they have concluded their action on this matter.*

Thank you for your cooperation in this matter.

Sincerely,

*Julie Cutler /@*

Julie K. Cutler, Supervisor
Office of Labor Law Enforcement

JKC/nym

Enclosure: Notice of Dismissal



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

## NOTICE OF DISMISSAL

RE: Faulkner v. MBNA America Bank, N.A          State Case No.: 04030373

On March 29, 2004, Ms. Demetrias Faulkner filed a charge of discrimination against MBNA America Bank, N.A. The Charge of Discrimination is hereby incorporated by reference.

No Cause Finding:
On April 30, 2004, the Department of Labor concluded its investigation and now finds, based on the following facts, that there is no reasonable cause to believe that a violation of the State Discrimination Act has occurred.

I. Charging Party Facts:
1. Charging Party began her employment with Respondent on June 26, 2000 as a Billing Dispute Analyst.
2. On January 8, 2003 Respondent increased the standard for all the Billing Analysts from 8 to 10.5 cases.
3. As a result of her disability Charging Party was only able to meet this new standard but not exceed it to earn overtime.
4. Charging Party applied for another position with Respondent and another candidate was selected who was younger than 40 years old.

II. Resolution of Material Facts:
1. Charging Party stated she is still able to perform the essential functions of her position with an accommodation.
2. Charging Party's statistics are just meeting the requirements of the position and not exceeding the standards which was reflected in her not being selected for the position.
3. Under the Americans with Disabilities Act individuals who are unable to meet the standards due to their disability may be in need of an accommodation but since Charging Party is still able to meet the standards and is able to perform the essential functions of her position she is not entitled to an accommodation.

III. Resolution:
Charging Party did not meet her burden of showing that she was discriminated against based on her disability and age.