IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-342-KAJ |
| ) | |
| MBNA AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 9th day of May, 2006, the complaint in the above-captioned case having been filed on May 27, 2005;

IT IS ORDERED that, on or before **June 5, 2006**, the plaintiff shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE