IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS FAULKNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-342-KAJ ) |
| MBNA AMERICA, | ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 15th day of June, 2006, plaintiff having failed to inform the Court of his intention to pursue this litigation as directed in the Court's order issued on May 9, 2006 (D.I. 5);

IT IS ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE